MARGARET A. UNDERHILL v. MATTIE UNDERHILL DURRANCE, WALTER UNDERHILL, and W. H. UNDERHILL, individually, and W. H. UNDERHILL, Administrator c.t.a. of the Estate of Truby Underhill, Deceased.

26 So. (2nd) 508            January Term, 1946
May 24, 1946            Division A

*Charles F. Blake,* for appellant.

*Mabry, Reaves, Carlton, Anderson & Fields* and *Edward B. Rood* and *William P. Allen,* for appellees.

PER CURIAM:

This appeal can well turn on a question of fact. Appellant charged fraud as the basis of her case. The chancellor found that she offered no evidence to sustain the charge and found against her. Finding no error in the decree, the same is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ. concur.